**SECOND DIVISION
MARKLE, DAVIS, JJ.,
and SENIOR JUDGE FULLER.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules**

**March 24, 2026**

# In the Court of Appeals of Georgia

A24A0851. TUSSAHAW RESERVES, LLC et al. v. BUTTS COUNTY.

MARKLE, Judge.

In *Tussahaw Reserves, LLC v. Butts County*, 323 Ga. 84 (922 SE2d 363) (2025), the Supreme Court of Georgia vacated the judgment of this Court in *Tussahaw Reserves, LLC v. Butts County*, 373 Ga. App. 322 (908 SE2d 292) (2024), and remanded the case with directions to remand the case to the trial court so it may vacate its opinion and conduct further proceedings consistent with the opinion of the Supreme Court of Georgia. Accordingly, we vacate our earlier opinion, adopt the opinion of the Supreme Court of Georgia as our own, and remand the case to the superior court with direction to vacate its order dismissing the lawsuit and to conduct

further proceedings consistent with the Supreme Court's decision.

*Judgment vacated and case remanded with direction. Davis, J., and Senior Judge C. Andrew Fuller, concur.*